## 5321.  BURNS v. LEE.

POTTLE, J.   The evidence as set out in the answer of the magistrate was sufficient to authorize the verdict in the plaintiff's favor.   It was not erroneous to refuse to reject testimony of the plaintiff and his clerk, that they had refreshed their recollection as to the correctness of the account by examination of the books in which the account was charged, and, after having so refreshed their recollection, they would swear that the account was correct.                          *Judgment affirmed.*

DECIDED JANUARY 20, 1914.

Certiorari; from Carroll superior court—Judge R. W. Freeman. October 21, 1913.

*Boykin & Boykin,* for plaintiff in error.
*Leon Hood,* contra.